**Opinion issued March 12, 2019**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-18-00931-CV

———————————

## MABEL CHAVEZ, Appellant

## V.

## JOHN LONGORIA AND ANGELICA LONGORIA, Appellees

———————————

### On Appeal from the 25th District Court[1]
### Guadalupe County, Texas
### Trial Court Case No. 13-0892-CV

———————————

### MEMORANDUM OPINION

---

[1]    The Supreme Court of Texas transferred this appeal to this Court from the Court of Appeals for the Fourth District of Texas. *See* Misc. Order 18-9130 (Tex. Sept. 26, 2018); *see also* TEX. GOV'T CODE ANN. § 73.001 (authorizing transfer of cases between courts of appeals).

Appellant, Mabel Chavez, has filed a "Motion for Non-Suit" that we construe as a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Further, although the motion does not include a certificate of conference, more than ten days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.